# United States District Court
### Southern District of Georgia

FILED
U.S. DIST. COURT
BRUNSWICK DIV.
8-23-05
P 3: 44

Nicole Hernane and Guy Franklin
__Plaintiff__

v.

Metal Fusion Inc. d/b/a King Kool
__Defendant__

Case No. **CV505-059**

Appearing on behalf of

Nicole Hernane and Guy Franklin
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR83.4 admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 23 day of August , 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
\*\*\*

NAME OF PETITIONER:    Allen L. Broughton

Business Address:    Broughton & Fernandez, P.C.

Firm/Business Name

1875 Old Alabama Road, Suite 430

Street Address

| | Roswell | GA | 30076 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City, | State, Zip | |
|---|---|---|---|
| 770-640-0066 | | 086359 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Allen L. Broughton
Brian C. McCarthy
Benjamin H. Smith, Jr.

CASE NO:        CV505-59
DATE SERVED:  8/23/05
SERVED BY:      Nita Rose

☐ Copy placed in Minutes
☐ Copy given to Judge
☐ Copy given to Magistrate